**Order entered October 2, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00704-CR

**LIONEL EUGENE MCALISTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-82326-2018**

## ORDER

On June 27, 2019, court reporter Claudia Webb notified the Court that she has not filed the reporter's record because appellant had not paid or made arrangements to pay for the reporter's record. By letter dated June 28, 2019, we directed appellant to file, by July 8, 2019, written verification he had (1) requested the reporter's record and (2) paid or made arrangements to pay for the reporter's record or had been found entitled to proceed without payment of costs. We cautioned appellant that the failure to do so might result in the appeal being submitted without a reporter's record. Before the time had passed, the Court sent a jurisdictional letter and asked for the parties to respond. By letter dated September 26, 2019, the Court informed the parties that it appears the Court has jurisdiction.

Therefore, we **ORDER** appellant to provide the Court, **WITHIN TEN DAYS OF THE DATE OF THIS ORDER**, with written verification he has (1) requested the reporter's record and (2) paid or made arrangements to pay for the reporter's record or has been found entitled to proceed without payment of costs. Should he fail to do so, the Court will order the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

/s/     ROBERT D. BURNS, III
         CHIEF JUSTICE